**DISMISS and Opinion Filed May 5, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01418-CV**

**TOMMIE TUTT, Appellant**
**V.**
**THE POINT, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05188-C**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Reichek
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by February 28, 2020. By postcard dated March 4, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date,

appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

191418F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TOMMIE TUTT, Appellant

No. 05-19-01418-CV　　V.

THE POINT, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-19-05188-C.

Opinion delivered by Justice Reichek. Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered May 5, 2020.